[No. 10868–2–II.   Division Two.   June 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JUDITH LEONA CHANT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–1–00017–6, J. Dean Morgan, J., entered March 25, 1987. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.